## TURNER *et al.* v. HUFFSTETLER.

No. 2221.    Opinion Filed September 11, 1912.

(126 Pac. 730.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. Where plaintiffs in error fail to serve and file their brief in accordance with rule 7 of this court (20 Okla. viii, 95 Pac. vi), or within the extension of time thereafter granted by the court, the appeal will be dismissed for want of prosecution.

(Syllabus by the Court.)

*Error from District Court, Creek County;*
*W. L. Barnum, Judge.*

Action between F. W. Turner and others and Mary Huffstetler. From the judgment Turner and others bring error. Dismissed.

*Hughes & Miller,* for plaintiffs in error.

*Henry McGraw* and *Thompson & Smith,* for defendant in error.

HAYES, J.    This case was filed in this court on December 29, 1911.    Plaintiffs in error have failed to serve and file their brief in compliance with rule 7 of this court (20 Okla. viii, 95 Pac. vi), or within the extension of time thereafter granted by the court; and upon the authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, *Bank of Taft v. Thompson,* 29 Okla. 683, 119 Pac. 124, *Bruce v. Ketcham,* 29 Okla. 685, 119 Pac. 124, and *Lugrand v. Harris,* 29 Okla. 690, 119 Pac. 127, this appeal must be dismissed for want of prosecution.

TURNER, C. J., and WILLIAMS, KANE, and DUNN, JJ., concur.